# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JEREMIAH OLETU EHIS,                )
                                    )
    Petitioner,                     )
                                    )
v.                                  )     Case No. CIV-26-982-D
                                    )
MARKWAYNE MULLIN, et al.,           )
                                    )
    Respondents.                    )

## **ORDER**

Petitioner Jeremiah Oletu Ehis filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C § 636(b)(1)(B) and (C). [Doc. No. 4]. Judge Erwin ordered Respondents to file a response to the Petition [Doc. No. 5]. On July 6, 2026, Judge Erwin issued a Report and Recommendation recommending the Court dismiss as moot the Petition because the Petitioner was no longer in the custody of U.S. Immigration and Customs Enforcement.

The case file shows no timely objection to the Report nor request for an extension of time, even though Petitioner was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Petitioner has waived review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). For the reasons explained by Judge Erwin in the Report, the Court finds this action should be dismissed as moot.

1

2

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 13] is ADOPTED in its entirety. This action is DISMISSED AS MOOT. A separate judgment of dismissal shall be entered.

IT IS SO ORDERED this 21st day of July, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE